

333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

August 25, 2022

**VIA ECF**

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    <u>FNTV, LLC v. Complex Media, Inc.,</u> 1:22-cv-03713-PGG

Dear Judge Gardephe:

    We represent Plaintiff FNTV, LLC in the above-captioned case and write to respectfully request a 14-day extension of time for the parties to file its Stipulation of Dismissal of the action (or otherwise re-open the case). Despite best efforts, the parties were not able to consummate their transaction prior to the original deadline.

1) the original deadline is August 29, 2022 [Dkt. No. 13]; the proposed new deadline is September 13, 2022;

2) no previous request for an extension has been made;

3) no previous requests have been granted or denied;

4) Defendant Complex Media, Inc. consents to the proposed extension.

No other dates will be impacted by this request.

Respectfully Submitted,

s/jameshfreeman/
James H. Freeman

*Counsel for Plaintiff*

**Memo Endorsed:** Either party may apply by letter until September 13, 2022 for the restoration of this case.
Dated:  August 29, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge